UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CHARLSA F. HOLLIE

CIVIL ACTION

VERSUS

NO. 20-475-JWD-SDJ

ANDREW SAUL

OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 18, 2022, (Doc. 4), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 22, 2022.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**